Commonwealth ex rel. Porter v. Porter, Appellant.

Argued December 3, 1974. *I. B. Sinclair,* with him *Charles F. Mayer,* and *Bell, Harvey, Pugh and Sinclair,* for appellant; *Vincent J. LaBrasca,* with him *Fronefield, DeFuria and Petrikin,* for appellee.

Order affirmed.

VAN DER VOORT, J., absent.